# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00168-CV

**Texas Department of Human Services, Appellant**

**v.**

**Manor Park, Inc. and Margaret Cowden, as Chairperson of the
Board of Trustees, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN300140, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal announce that they have settled their dispute. They request that this Court vacate the judgment without regard to its merits and remand this cause to the district court for entry of judgment consistent with the parties' agreement. We grant the motion, vacate the judgment, and remand this cause to the district court for entry of judgment consistent with the parties' agreement.

_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Vacated and Remanded

Filed:   July 29, 2004